453

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of trays the same in all material respects as those involved in *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.

No. 57986.—Alltransport, Inc., and Prime Lux Manufacturing Co. et al. *v.* United States, protests 207436–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

No. 57987.—F. G. Jackson *v.* United States, protests 107414–K and 107415–K (Laredo).

Opinion by Ekwall, J. It appearing that the protests were filed prior to liquidation, same were dismissed as premature. (Section 514, Tariff Act of 1930.)

No. 57988.—F. G. Jackson et al. *v.* United States, protests 109713–K, etc. (Laredo).

Opinion by Ekwall, J. It appearing that protests 109713–K and 109714–K were filed prior to liquidation, same were dismissed as premature. Protest 110658–K, having been filed more than 60 days after liquidation, was held untimely and was also dismissed. (Section 514, Tariff Act of 1930.)

No. 57989.—Victor M. Calderon Co. and James E. Fox & Co., Inc. *v.* United States, protest 176466–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protest was sustained to this extent.

No. 57990.—Standard Wine & Liquor Co., Inc. *v.* United States, protest 212844–K (New York).